## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §  CASE NO. 6:16-CR-36-RC |
| v. | § |
| | § |
| | § |
| JESSICA CHEVRIER (1) | § |
| | § |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable K. Nicole Mitchell, United States Magistrate Judge, at Tyler, Texas, for consideration pursuant to applicable laws and orders of this court. The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge K. Nicole Mitchell recommended:

1. that the Court find that Defendant violated Allegation 2 in the petition by failing to follow a standard condition of release;

2. that the Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. the Defendant should be sentenced to a term of 6 months of imprisonment to be followed by 18 months of supervised release.

Neither party has filed objections to Judge Mitchell's Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Jessica Chevrier's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**So Ordered and Signed**
**Oct 21, 2017**

_____
Ron Clark, United States District Judge